Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: cag@slwlaw.com

Attorneys for Defendant
Olen Residential Realty Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL HORNREICH, | CASE NO: 2:17-cv-00684-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS OLEN RESIDENTIAL REALTY CORP. WITH PREJUDICE** |
| NATIONAL EXEMPTION SERVICE, LLC; OLEN RESIDENTIAL  REALTY CORP., | |
| Defendants. | |

Plaintiff Raquel Hornreich ("**Plaintiff**") and Defendant Olen Residential Realty Corp.

("**Olen**"), by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

…

…

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's claims against Olen that were, or could have been, brought against Olen in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

| SMITH LARSEN & WIXOM | ALLISON R. SCHMIDT ESQ. LLC |
|---|---|
| Dated this 6th day of April, 2017. | Dated this 6th day of April, 2017. |
| /s/ Chet A. Glover | /s/ Allison R. Schmidt |
| Chet A. Glover, Esq. | Allison R. Schmidt, Esq. |
| Nevada Bar No. 10054 | Nevada Bar No. 10743 |
| 1935 Village Center Circle | 8465 W. Sahara Ave., Suite 111-504 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89117 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Olen Residential Realty Corp. | Raquel Hornreich |

## ORDER

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED this __7__ day of April, 2017.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2