Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: cag@slwlaw.com

Attorneys for Defendant
National Exemption Service, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL HORNREICH, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EXEMPTION SERVICE, LLC; OLEN RESIDENTIAL REALTY CORP., <br><br> Defendants. | CASE NO: 2:17-cv-00684-GMN-VCF <br><br><br> **STIPULATION AND ORDER TO DISMISS NATIONAL EXEMPTION SERVICE LLC WITH PREJUDICE** |

Plaintiff Raquel Hornreich ("**Plaintiff**") and Defendant National Exemption Service, LLC ("**NES**"), by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

**SMITH LARSEN & WIXOM**
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's claims against NES that were, or could have been, brought against NES in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

SMITH LARSEN & WIXOM                          ALLISON R. SCHMIDT ESQ. LLC

Dated this 26th day of July, 2017.            Dated this 26th day of July, 2017.


/s/ Chet A. Glover                            /s/ Allison R. Schmidt
Chet A. Glover, Esq.                          Allison R. Schmidt, Esq.
Nevada Bar No. 10054                          Nevada Bar No. 10743
1935 Village Center Circle                    8465 W. Sahara Ave., Suite 111-504
Las Vegas, Nevada 89134                       Las Vegas, Nevada 89117
Attorneys for Defendant                       Attorneys for Plaintiff
National Exemption Service, LLC               Raquel Hornreich


### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE


DATED this 26 day of July, 2017.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2